IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EUGENE L. CHERRY,

                                                      ORDER

               Plaintiff,

                                            02-C-544-C

      v.

GERALD BERGE, CINDY SAWINSKI,
JOLENE MILLER, JOLINDA WATERMAN,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EUGENE L. CHERRY,

               Plaintiff,

                                            02-C-394-C

      v.

JON LITSCHER, GERALD BERGE,
JIM PARISI, TIMOTHY MASON,
PAM BARTELS, KATHRYN McQUILLAN,
JOHN SHARPE, and YASMIN YUSUF-SAFAVI,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

For the reasons stated in this court's order of April 2, 2007, plaintiff's motion for

1

reconsideration of the decision to deny his motion to reopen these cases is DENIED.

Entered this 26th day of December, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2